In the Matter of JEFFREY A. LAZROE, for Reinstatement to the Practice of Law in the State of New York. [837 NYS2d 885]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed June 22, 2007.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JABBARIS DOVE, Appellant. [838 NYS2d 457]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Pine, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN PORTER, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN PORTER, Appellant. (Appeal No. 2.) [838 NYS2d 457]—Motions for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Centra and Green, JJ.

 JOHN RAMOS, Respondent, v HOWARD INDUSTRIES, INC., Appellant. [838 NYS2d 456]—Motion for leave to appeal to the Court of Appeals granted. Present—Hurlbutt, J.P., Gorski, Lunn, Peradotto and Green, JJ.

 MARY C. LEGAWIEC, Appellant, v NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE OF NEW YORK, Respondent. [838 NYS2d 457]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Gorski, Centra, Green and Pine, JJ.

 JEAN M. STANLEY, Respondent, v SCOTT D. HAIN, Appellant. (Appeal No. 1.) [838 NYS2d 456]—Motion for clarification denied. Present—Martoche, J.P., Smith, Centra, Lunn and Fahey, JJ.

 SUZANNE BARRY, Individually and as Personal Needs/Property Management Guardian of JOSHUA J. HILL, an Incapacitated Person and Minor, Appellant, v RICHARD J. GORECKI et al., Respondents. [838 NYS2d 457]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra, Fahey and Green, JJ.

 DONNA FORDHAM-COLEMAN, as Administratrix of the Estate of VELMA ARLENE FORDHAM, Deceased, Appellant-